MICHAEL J. GEARIN (admitted pro hac vice)
MICHAEL B. LUBIC (SBN 122591)
MICHAEL K. RYAN (admitted pro hac vice)
K&L GATES LLP
10100 Santa Monica Boulevard, Seventh Floor
Los Angeles, California 90067
Telephone:    310.552.5000
Facsimile:    310.552.5001
Email:        michael.gearin@klgates.com
              michael.lubic@klgates.com
              michael.ryan@klgates.com

Attorneys for California Public Employees'
Retirement System

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:12-bk-28006 MJ |
| CITY OF SAN BERNARDINO, CALIFORNIA, | Chapter 9 |
| Debtor. | **CALPERS' LIMITED REPLY TO THE CITY'S SUPPLEMENTAL BRIEF IN OPPOSITION TO THE RELIEF FROM STAY MOTION FILED BY THE SAN BERNARDINO CITY PROFESSIONAL FIREFIGHTERS LOCAL 891** |
| | Date:        September 11, 2014<br>Time:        1:30 p.m.<br>Place:       United States Bankruptcy Court<br>             3420 Twelfth Street<br>             Courtroom 301<br>             Riverside, CA 92501 |

The California Public Employees' Retirement System ("CalPERS") submits this limited Reply to the City of San Bernardino's Supplemental Brief in Opposition to the Relief from Stay Motion Filed by the San Bernardino City Professional Firefighters Local 891 ("City's Supplemental Opposition to Relief from Stay").

## I.    REPLY

CalPERS files this Reply to confirm its understanding that (1) the Court will not substantively address preemption or other constitutional arguments at the September 11 hearing, and (2) at the September 11 hearing the Court will, among other things, set a briefing schedule on these issues. CalPERS fully reserves its right to file further briefing related to any preemption or other constitutional arguments. As stated in CalPERS' Response to the City's Supplement to Motion to Reject (the "CalPERS Response") [Dkt. No. 1144], to the extent that the City is asserting that applicable California law is preempted, it is premature for the Court to consider the issue. If the Court decides that it is necessary to substantively address whether applicable State law is preempted by the Bankruptcy Code, it should do so only after CalPERS is provided with the opportunity to file additional briefing.

The City has argued, in its Supplemental Opposition to Relief from Stay, that section 365 of the Bankruptcy Code preempts applicable State law, and has argued that section 903 of the Bankruptcy Code "does not require otherwise." *See* City's Supplemental Opposition to Relief from Stay at 21-23 [Dkt. No. 1137]. CalPERS reiterates its position as set forth in the CalPERS Response. Any preemption analysis in this case must embrace the sensitive Tenth Amendment considerations that protect a State's ability to exercise control over its subordinate municipalities.[1] In turn, the constitutional issues implicated by the preemption issue should not be decided unless absolutely necessary according to the doctrine of constitutional avoidance. Furthermore, before the Court can perform the delicate task of ascertaining whether the City has met its burden of establishing that Congress intended to preempt State law, the City needs to describe with specificity which State law(s) it asserts is preempted—broad, unspecified claims of preemption will not suffice. All of these

---

[1] *See also* CalPERS' Response to Rejection Motion [Dkt. No. 514] at 13-15, 25-27.

considerations caution the Court against ruling on the issue of preemption prematurely without adequate briefing.

CalPERS understands that this Court, in light of these important considerations, is not prepared to rule on preemption before allowing the parties, including CalPERS, to submit further briefing on the issue. On August 14, 2014, the Court stated that, if preemption becomes an issue at the preliminary hearing on September 11, the Court will be "setting a further briefing schedule." Hr'g Tr. 41:23-24, 42:4-5, Aug. 14, 2014.  In light of the City's Supplemental Opposition to Relief from Stay, CalPERS reiterates its request that if this Court is inclined to address preemption, the Court also provide CalPERS with the opportunity to (1) understand precisely what State law or laws the City claims are being preempted, and (2) more fully brief preemption and the related issues of section 903 of the Bankruptcy Code and the Tenth Amendment.

## II.    CONCLUSION

For the reasons set forth above, and in prior briefing submitted by CalPERS, CalPERS requests that the Court not rule on preemption or other constitutional issues on September 11. In the event that the Court determines that it is necessary to decide whether applicable State law is preempted by the Bankruptcy Code, it should allow CalPERS the opportunity to fully brief the issues related to preemption, the Tenth Amendment, and section 903 of the Bankruptcy Code.

Respectfully submitted,

Michael J. Gearin
Michael B. Lubic
Michael K. Ryan
K&L GATES LLP

Dated:  September 4, 2014             By:    */s/ Michael B. Lubic*
Michael B. Lubic
Attorneys for California Public Employees'
Retirement System

-2-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

K&L Gates LLP, 10100 Santa Monica Boulevard, 7th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **CALPERS' LIMITED REPLY TO THE CITY'S SUPPLEMENTAL BRIEF IN OPPOSITION TO THE RELIEF FROM STAY MOTION FILED BY THE SAN BERNARDINO CITY PROFESSIONAL FIREFIGHTERS LOCAL 891** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 4, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

The United States trustee will be served electronically by the court to:
United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

ATTORNEYS FOR DEBTOR
Paul R. Glassman pglassman@sycr.com
Fred Neufeld fneufeld@sycr.com

Jerrold Abeles on behalf of Interested Party Ambac Assurance Company
abeles.jerry@arentfox.com, labarreda.vivian@arentfox.com

Jerrold Abeles on behalf of Interested Party Erste Europische Pfandbrief-und Kommunalkreditbank AG
abeles.jerry@arentfox.com, labarreda.vivian@arentfox.com

Jerrold Abeles on behalf of Interested Party Wells Fargo Bank, N.A.
abeles.jerry@arentfox.com, labarreda.vivian@arentfox.com

Franklin C Adams on behalf of Creditor San Bernardino Associated Governments
franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com

Franklin C Adams on behalf of Creditor San Bernardino Local Agency Formation Commission
franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com;

Franklin C Adams on behalf of Interested Party Courtesy NEF
franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com;

Andrew K Alper on behalf of Interested Party Courtesy NEF
aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com

Thomas V Askounis on behalf of Interested Party Courtesy NEF
taskounis@askounisdarcy.com

Julie A Belezzuoli on behalf of Defendant California Department of Finance
julie.belezzuoli@kayescholer.com

Julie A Belezzuoli on behalf of Defendant Office of State Controller, State of California
julie.belezzuoli@kayescholer.com

Julie A Belezzuoli on behalf of Defendant Ana J Matosantos
julie.belezzuoli@kayescholer.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                    **F 9013-3.1.PROOF.SERVICE**

Julie A Belezzuoli on behalf of Defendant John Chiang
julie.belezzuoli@kayescholer.com

Anthony Bisconti on behalf of Creditor Certain Retired Employees of the City of San Bernardino
tbisconti@bmkattorneys.com, admin@bmkattorneys.com

Jeffrey E Bjork on behalf of Interested Party Courtesy NEF
jbjork@sidley.com

Michael D Boutell on behalf of Creditor Comerica Bank
mdbell@comerica.com

J Scott Bovitz on behalf of Creditor U.S. TelePacific Corp.
bovitz@bovitz-spitzer.com

John A Boyd on behalf of Interested Party Thompson & Colegate LLP
fednotice@tclaw.net

Jeffrey W Broker on behalf of Creditor The Glen Aire Mobilehome Park Corporation
jbroker@brokerlaw.biz

Michael J Bujold on behalf of U.S. Trustee United States Trustee (RS)
Michael.J.Bujold@usdoj.gov

Lisa W Chao on behalf of California Infrastructure and Economic Development Bank
lisa.chao@doj.ca.gov

Shirley Cho on behalf of Interested Party National Public Finance Guarantee Corp.
scho@pszjlaw.com

Alicia Clough on behalf of Defendant California Department of Finance
alicia.clough@kayescholer.com

Alicia Clough on behalf of Defendant Office of State Controller, State of California
alicia.clough@kayescholer.com

Alicia Clough on behalf of Defendant State of California
alicia.clough@kayescholer.com

Alicia Clough on behalf of Defendant Ana J Matosantos
alicia.clough@kayescholer.com

Alicia Clough on behalf of Defendant John Chiang
alicia.clough@kayescholer.com

Marc S Cohen on behalf of Defendant California Department of Finance
mcohen@kayescholer.com, dhernandez@kayescholer.com

Marc S Cohen on behalf of Defendant Office of State Controller, State of California
mcohen@kayescholer.com, dhernandez@kayescholer.com

Marc S Cohen on behalf of Defendant State of California
mcohen@kayescholer.com, dhernandez@kayescholer.com

Marc S Cohen on behalf of Defendant Ana J Matosantos
mcohen@kayescholer.com, dhernandez@kayescholer.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

Marc S Cohen on behalf of Defendant John Chiang
mcohen@kayescholer.com, dhernandez@kayescholer.com

Christopher H Conti on behalf of Interested Party San Bernardino Public Employees Association
chc@sdlaborlaw.com, sak@sdlaborlaw.com

Christopher J Cox on behalf of Interested Party National Public Finance Guarantee Corp.
chris.cox@weil.com, janine.chong@weil.com
Christina M Craige on behalf of Interested Party Courtesy NEF
ccraige@sidley.com

Alex Darcy on behalf of Creditor Marquette Bank
adarcy@askounisdarcy.com, akapai@askounisdarcy.com

Susan S Davis on behalf of Interested Party Courtesy NEF
sdavis@coxcastle.com

Robert H Dewberry on behalf of Creditor Allison Mechanical, Inc.
robert.dewberry@dewlaw.net

Donn A Dimichele on behalf of Debtor City of San Bernardino
dimichele_do@sbcity.org, brigman_ch@sbcity.org

Todd J Dressel on behalf of Creditor Pinnacle Public Finance, Inc.
dressel@chapman.com, lubecki@chapman.com

Scott Ewing on behalf of Interested Party Rust Consulting/Omni Bankruptcy
contact@omnimgt.com, sewing@omnimgt.com;katie@omnimgt.com

John A Farmer on behalf of Creditor County of San Bernardino, California
jfarmer@orrick.com

Lazaro E Fernandez on behalf of Creditor Lori Tillery
lef17@pacbell.net, lef-karina@pacbell.net;lef-mari@pacbell.net;lefkarina@gmail.com

Dale K Galipo on behalf of Attorney Dale K Galipo
dalekgalipo@yahoo.com, mpartow@galipolaw.com;lcostanza@galipolaw.com;rvasquez@galipolaw.com

Victoria C Geary on behalf of Defendant California State Board Of Equalization
victoria.geary@boe.ca.gov

Victoria C Geary on behalf of Defendant Cynthia Bridges
victoria.geary@boe.ca.gov

Paul R. Glassman on behalf of Attorney Paul R. Glassman
pglassman@sycr.com

Paul R. Glassman on behalf of Debtor City of San Bernardino, California
pglassman@sycr.com

Paul R. Glassman on behalf of Plaintiff City of San Bernardino, California
pglassman@sycr.com

Robert P Goe on behalf of Creditor Miramontes Const. Co., Inc.
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

David M Goodrich on behalf of Creditor San Bernardino City Professional Firefighters Local 891
dgoodrich@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com

Christian Graham on behalf of Creditor Miramontes Const. Co., Inc.
cgraham23@dlblaw.net

Everett L Green on behalf of U.S. Trustee United States Trustee (RS)
everett.l.green@usdoj.gov

James A Hayes on behalf of Interested Party Courtesy NEF
jim@jarvislawyers.com, jhayes@jamesahayesaplc.com

M Jonathan Hayes on behalf of Interested Party Courtesy NEF
jhayes@srhlawfirm.com, roksana@srhlawfirm.com; carolyn@srhlawfirm.com; matthew@srhlawfirm.com;

rosarioz@srhlawfirm.com; jfisher@srhlawfirm.com; anastasia@srhlawfirm.com; maria@srhlawfirm.com;
staci@srhlawfirm.com; jhayesecf@gmail.com

Eric M Heller on behalf of Interested Party Internal Revenue Service
eric.m.heller@irscounsel.treas.gov

Jeffery D Hermann on behalf of Creditor and Defendant County of San Bernardino, California
jhermann@orrick.com

Whitman L Holt on behalf of Interested Party Courtesy NEF
wholt@ktbslaw.com

Michelle C Hribar on behalf of Interested Party San Bernardino Public Employees Association
mch@sdlaborlaw.com

Steven J Katzman on behalf of Creditor Certain Retired Employees of the City of San Bernardino
SKatzman@bmkattorneys.com, admin@bmkattorneys.com

Steven J Katzman on behalf of Official Committee Of Retired Employees
SKatzman@bmkattorneys.com, admin@bmkattorneys.com

Jane Kespradit on behalf of Interested Party Courtesy NEF
jane.kespradit@limruger.com, amy.lee@limruger.com

Mette H Kurth on behalf of Interested Party Ambac Assurance Company
kurth.mette@arentfox.com, nancy.peters@arentfox.com

Mette H Kurth on behalf of Interested Party Erste Europische Pfandbrief-und Kommunalkreditbank AG
kurth.mette@arentfox.com, nancy.peters@arentfox.com

Mette H Kurth on behalf of Interested Party Wells Fargo Bank, N.A.
kurth.mette@arentfox.com, nancy.peters@arentfox.com

Mette H Kurth on behalf of Trustee Ambac Assurance Company, Erste Europaische Pfandbrief-Und
Kommunalkreditbank Ag And Wells Fargo Bank, N.A.
kurth.mette@arentfox.com, nancy.peters@arentfox.com, martha.mota@arentfox.com

Sandra W Lavigna on behalf of Interested Party U. S. Securities and Exchange Commission
lavignas@sec.gov

Michael B Lubic on behalf of Creditor California Public Employees' Retirement System
michael.lubic@klgates.com, jonathan.randolph@klgates.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                      **F 9013-3.1.PROOF.SERVICE**

Michael B Lubic on behalf of Interested Party California Public Employees' Retirement System
michael.lubic@klgates.com, jonathan.randolph@klgates.com

David J McCarty on behalf of Interested Party David J. McCarty
dmccarty@sheppardmullin.com

Reed M Mercado on behalf of Interested Party M. Reed Mercado
rmercado@sheppardmullin.com
Fred Neufeld on behalf of Debtor City of San Bernardino, California
fneufeld@sycr.com

Aron M Oliner on behalf of Interested Party San Bernardino Police Officers Association
roliner@duanemorris.com

Scott H Olson on behalf of Creditor Kohl's Department Stores, Inc.
solson@vedderprice.com, ecfdocket@vedderprice.com,jcano@vedderprice.com, jparker@vedderprice.com

Allan S Ono on behalf of Interested Party Courtesy NEF
allan.ono@doj.ca.gov, beatriz.davalos@doj.ca.gov

James F Penman [former City Attorney of the City of San Bernardino]
Mark D Potter on behalf of Creditor Creditor Timothy Crowley
mark@potterhandy.com, rhondahandy@potterhandy.com;kevin@potterhandy.com

Dean G Rallis, Jr on behalf of Interested Party Courtesy NEF
drallis@afrct.com, bcruz@afrct.com

Manoj D Ramia on behalf of Creditor California Public Employees' Retirement System
manoj.ramia@klgates.com, klgatesbankruptcy@klgates.com

Christopher O Rivas on behalf of Interested Party Courtesy NEF
crivas@reedsmith.com

Esperanza Rojo on behalf of Interested Party Rust Consulting/Omni Bankruptcy
contact@omnimgt.com, sewing@omnimgt.com

Kenneth N Russak on behalf of Interested Party Courtesy NEF
krussak@frandzel.com, efiling@frandzel.com;dmoore@frandzel.com

Gregory M Salvato on behalf of Interested Party Courtesy NEF
gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com; ;jboufadel@salvatolawoffices.com

Mark C Schnitzer on behalf of Attorney Mark C. Schnitzer
mschnitzer@rhlaw.com, mcschnitzer@gmail.com

John R Setlich on behalf of Claimant Francisca Zina Gomez
John R Setlich jrsetlich@setlichlaw.com
Diane S Shaw on behalf of Interested Party Courtesy NEF
diane.shaw@doj.ca.gov

Ariella T Simonds on behalf of Interested Party Courtesy NEF
asimonds@sidley.com

Leonard Steiner on behalf of Defendant Jose Munoz
ls@steinerlibo.com, jasoncarter@steinerlibo.com;aam@steinerlibo.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**

Jason D Strabo on behalf of Creditor U.S. Bank National Association, not individually, but as Indenture Trustee
jstrabo@mwe.com, cgilbert@mwe.com

Cathy Ta on behalf of Interested Party Courtesy NEF
cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com

Sheila Totorp on behalf of Creditor Landmark American Insurance Company
stotorp@clausen.com, jbrzezinski@clausen.com

Benjamin R Trachtman on behalf of Interested Party Courtesy NEF
btrachtman@trachtmanlaw.com, sstraka@trachtmanlaw.com

Matthew J Troy on behalf of Creditor United States of America
matthew.troy@usdoj.gov

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Anne A Uyeda on behalf of Interested Party Courtesy NEF
auyeda@bmkattorneys.com

Annie Verdries on behalf of Interested Party Courtesy NEF
verdries@lbbslaw.com, Autodocket@lbbslaw.com

Brian D Wesley on behalf of Interested Party Courtesy NEF
brian.wesley@doj.ca.gov

Kirsten A. Worley on behalf of Creditor Safeco Insurance Company Of America
kw@wlawcorp.com, admin@wlawcorp.com

Arnold H Wuhrman on behalf of Creditor Serenity Legal Services, P.C.
Wuhrman@serenitylls.com

Clarisse Young on behalf of Interested Party Courtesy NEF
youngshumaker@psmlawyers.com, sally@psmlawyers.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On September 4, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

PRESIDING JUDGE'S COPY
Honorable Meredith A. Jury
U.S. Bankruptcy Court
3420 Twelfth Street, Suite 325
Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 4, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/414 | Manoj D. Ramia | /s/ Manoj D. Ramia |
|-------|----------------|--------------------|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**