# United States Bankruptcy Court
# Central District of California
### Riverside
### Judge Meredith Jury, Presiding
### Courtroom 301 Calendar

**Wednesday, December 23, 2015**　　　　　　　　　　　　　　　　**Hearing Room  301**

<u>1:30 PM</u>
**6:12-28006**　　City of San Bernardino, California　　　　　　　　　　　　**Chapter 9**

#9.00　　Adequacy of Disclosure Statement
　　　　D/S fld 5-29-15 - SYC&R
　　　　Ch 9 Plan fld 5-29-15 - SYC&R
　　　　Ntc fld 5-29-15 - SYC&R
　　　　Ntc hrg fld 8-20-15 - SYC&R
　　　　Obj fld 8-25-15 - L/O Richard Herman
　　　　Obj ntc fld 9-8-15 - Tammie Baker III
　　　　Ltd comments fld 9-17-15 - Bienert, Miller & Katzman
　　　　Obj fld 9-17-15 - Ballard Spahr
　　　　Obj/ntc fld 9-17-15 - L/O David Brault / Goe & Forsythe
　　　　Obj fld 9-17-15 - L/O Dale Galipo / L/O Laz Fernandez
　　　　Obj fld 9-17-15 - Milbank Tweed Hadley & McCloy
　　　　Obj fld. 9-18-15 - Sulmeyer Kupetz/Corey Glave
　　　　Obj fld. 9-18-15 - L/O Thomas E. Ruppert OTC
　　　　Reservation of rights fld 9-23-15 - Freeman Freeman & Smiley
　　　　Ltd Obj fld 9-24-15 - Best Best & Krieger
　　　　Resp fld 10-1-15 - SYC&R
　　　　Stmt/Rsv of Rights fld 10-6-15 - Weil Gotshal / Manges LLP & Pachulski Stang Ziehl & Jones
　　　　First amd pln / amd discl stmt fld 11-25-15 - SYC&R / Gary Saenz
　　　　Ntc/exh fld 12-15-15 - SYC&R / Gary Saenz
　　　　Obj fld 12-16-15 - L/O Richard Herman
　　　　Stmt fld 12-16-15 - Bienert Miller & Katzman
　　　　Obj fld 12-16-15 - Milbank Tweed Hadley & McCloy
　　　　Obj fld 12-16-15 - L/O David Brault / Goe & Forsythe
　　　　Obj fld 12-16-15 - Best Best & Krieger
　　　　Obj fld 12-16-15 - Ballard Spahr
　　　　Obj/partial jndr fld 12-16-15 - L/O Dale Galipo & L/O Lazaro Fernandez
　　　　Obj fld 12-18-15 - SulmeyerKuptez & Corey Glave
　　　　Resp fld 12-21-15 - SYC&R / Gary Saenz

　　　　**FROM  10-8-15**

　　　　　　　　　　Docket　　1,504

**Matter Notes:**

# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Meredith Jury, Presiding
### Courtroom 301 Calendar

**Wednesday, December 23, 2015**  Hearing Room **301**

**1:30 PM**

**CONT...** City of San Bernardino, California  Chapter 9

PLAINTIFFS/MOVANTS:  
Glassman  
Newfeld  
Saenz  

**PROCEEDINGS:**  
Buchanan  
Kincaid

DEFENDANTS/RESPONDENTS:  
Marriott, Sumner  
Goodrich  Harman  
Adams  Fernandez  
Katzman  Weda  
Oliner  Dandeneau  
Lubic  Kreller

[X] CONTINUED TO _March 9 at 1:30_

( ) ORDER TO FOLLOW  
( ) NO LODGEMENT NECESSARY  
( ) WALK THROUGH    ( ) CHAMBER'S ORDER  

( ) TO BE LODGED

City will file Amended DS  
Feb 10, Opp  
Feb 24, Reply  
March 2  
Also City will file Solicitation Motion w/ same dates

**Judge:**  
EH _____

**Courtroom Deputy:**  
LISTEN IN ONLY:  
ROBERT GOE - CREDITOR

**LIVE TELEPHONIC APPEARANCES:**  
SCOTT OLSON - KOHLS DEPT STORE  
DEBRA DANDENDEAU - NATIONAL PUBLIC FINANCE GUARANTEE CORP

# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Meredith Jury, Presiding
### Courtroom 301 Calendar

**Wednesday, December 23, 2015**  **Hearing Room 301**

**1:30 PM**
CONT...    City of San Bernardino, California    Chapter 9
**THOMAS KRELLER - AMBAC ASSURANCE**

### Party Information

**Debtor(s):**

City of San Bernardino, California    Represented By
    Paul R. Glassman
    Fred Neufeld
    Laura L Buchanan