

**UNITED STATES BANKRUPTCY COURT**
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

ORDER No. _____
CHAPTER  9
APPEAL?  ☐ Yes  ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Steven Jay Katzman          Attorney Bar# 132755
Law Firm: BIENERT, MILLER & KATZMAN, PLC
Mailing Address: 903 Calle Amanecer, Suite 350
 San Clemente, California 92673
Person to Contact: Coleen Grogan
Telephone: (949) 369-3700     E-mail: cgrogan@bmkattorneys.com
Bankruptcy Case #: 6:12-bk-28006-MJ     Adversary Proceeding #/MP #: _____
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 12/23/2015   Time: 1:30 pm
Debtor: City of San Bernardino, California
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: M. Jury                Courtroom #: RS 301
**TRANSCRIBER:** Briggs Reporting       **ALTERNATE:** Ben Hyatt Cert. Depo. Reporters
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**   NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☒ Ordinary (30 days)        ☒ Entire Hearing
☐ 14 Days                   ☐ Ruling/Opinion of Judge only
☐ Expedited (7 days)        ☐ Testimony of Witness _____
☐ Daily (24 hours)          ☐ Other*                (name of witness)

*Special Instructions: _____
**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

**TO BE COMPLETED BY THE COURT**

☐ **Judge Ordered Transcript**\*\*: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____   Date Sent to Transcriber: _____   By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:____) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
(Tape #:____) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
Court Recorder: _____   Division: .   Processed by: _____

**NOTE TO TRANSCRIBER**

\*\*Judge ordered transcripts: Contact Procurement (213) 894-3836 with price quote prior to commencement of work.

*Rev. 8/2015. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*

| In re: | | CHAPTER 9 |
|---|---|---|
| CITY OF SAN BERNARDINO, CALIFORNIA | | |
| | Debtor(s). | CASE NUMBER 6:12-bk-28006-MJ |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 903 Calle Amanecer, Suite 350, San Clemente, California 92673

A true and correct copy of the foregoing document entitled: TRANSCRIPT ORDER FORM will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 24, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On December 24, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):   Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 24, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Meredith A. Jury (Via Overnight Delivery)
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 325 / Courtroom 301
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 24 2015 | Coleen Grogan | /s/ Coleen Grogan /s/ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                 **F 9013-3.1.PROOF.SERVICE**

| In re:<br>CITY OF SAN BERNARDINO, CALIFORNIA<br><br>Debtor(s). | CHAPTER  9<br><br>CASE NUMBER  6:12-bk-28006-MJ |
|---|---|

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (Continued)**

| | |
|---|---|
| Paul R. Glassman | pglassman@sycr.com |
| Fred Neufeld | fneufeld@sycr.com |
| Laura L. Buchanan | lbuchanan@sycr.com |
| Richard P Herman | rherman@richardphermanlaw.com |
| Dale K Galipo | dalekgalipo@yahoo.com, mpartow@galipolaw.com; lcostanza@galipolaw.com; rvasquez@galipolaw.com |
| Lazaro E Fernandez | lef17@pacbell.net, lef-karina@pacbell.net; lef-mari@pacbell.net; lefkarina@gmail.com |
| David M Goodrich | dgoodrich@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com, dgoodrich@ecf.inforuptcy.com, slee@sulmeyerlaw.com |
| Delilah Vinzon | dvinzon@milbank.com |
| Vincent J Marriott | Marriott@ballardspahr.com, Pearsonj@ballardspahr.com |
| Christopher Celentino | celentinoc@ballardspahr.com, burkec@ballardspahr.com |
| Franklin C Adams | franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com; lisa.spencer@bbklaw.com; |
| Cathy Ta | cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com; lisa.spencer@bbklaw.com |
| Carol Chow | carol.chow@ffslaw.com |
| Jerrold Abeles | abeles.jerry@arentfox.com, labarreda.vivian@arentfox.com |
| Franklin C Adams | franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com; lisa.spencer@bbklaw.com |
| Thomas V Askounis | taskounis@askounisdarcy.com |
| Marjorie Barrios | iecivillaw@gmail.com, mbarrios@mbarrios.com |
| Julie A Belezzuoli | julie.belezzuoli@kayescholer.com |
| Jeffrey E Bjork | jbjork@sidley.com |
| Michael D Boutell | mdbell@comerica.com |
| J Scott Bovitz | bovitz@bovitz-spitzer.com |
| John A Boyd | fednotice@tclaw.net |
| Jeffrey W Broker | jbroker@brokerlaw.biz |
| Laura L Buchanan | lbuchanan@sycr.com |
| Michael J Bujold | Michael.J.Bujold@usdoj.gov |
| Christopher Celentino | celentinoc@ballardspahr.com, burkec@ballardspahr.com |
| Lisa W Chao | lisa.chao@doj.ca.gov |
| Shirley Cho | scho@pszjlaw.com |
| Carol Chow carol. | chow@ffslaw.com |
| Alicia Clough | alicia.clough@kayescholer.com |
| Marc S Cohen | mcohen@kayescholer.com, dhernandez@kayescholer.com |
| Christopher J Cox | chris.cox@weil.com, janine.chong@weil.com |
| Christina M Craige | ccraige@sidley.com |
| Alex Darcy | adarcy@askounisdarcy.com, akapai@askounisdarcy.com |
| Susan S Davis | sdavis@coxcastle.com |
| Robert H Dewberry | robert.dewberry@dewlaw.net |
| Donn A Dimichele | dimichele_do@sbcity.org, brigman_ch@sbcity.org |
| Todd J Dressel | dressel@chapman.com, lillbyrd@chapman.com |
| Warren M Ellis | warren.m.ellis@gmail.com, ciprianturcu@presumeinnocence.com |
| Scott Ewing | contact@omnimgt.com, sewing@omnimgt.com; katie@omnimgt.com |
| John A Farmer | jfarmer@orrick.com |
| John C Feely | johnconrad85@gmail.com, john@lblegal.org |
| Lazaro E Fernandez | ef17@pacbell.net, lef-karina@pacbell.net; lef-mari@pacbell.net; lefkarina@gmail.com |
| M Douglas Flahaut | flahaut.douglas@arentfox.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

| In re:<br>CITY OF SAN BERNARDINO, CALIFORNIA<br><br>Debtor(s). | CHAPTER  9<br><br>CASE NUMBER  6:12-bk-28006-MJ |
|---|---|

| | |
|---|---|
| Dale K Galipo | dalekgalipo@yahoo.com, mpartow@galipolaw.com; lcostanza@galipolaw.com; rvasquez@galipolaw.com |
| Victoria C Geary | victoria.geary@boe.ca.gov |
| Richard H Golubow | rgolubow@winthropcouchot.com, pj@winthropcouchot.com; vcorbin@winthropcouchot.com |
| Morton J Grabel | mortgrabel@aol.com, rowena@flatrocklegal.com |
| Christian Graham | cgraham23@dlblaw.net |
| Everett L Green | everett.l.green@usdoj.gov |
| Asa S Hami | ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com; ahami@ecf.inforuptcy.com |
| James A Hayes | jhayes@jamesahayesaplc.com |
| Eric M Heller | eric.m.heller@irscounsel.treas.gov |
| Richard P Herman | rherman@richardphermanlaw.com |
| Jeffery D Hermann | jhermann@orrick.com |
| Whitman L Holt | wholt@ktbslaw.com |
| Michelle C Hribar | mch@sdlaborlaw.com, sak@sdlaborlaw.com |
| Jane Kespradit | jane.kespradit@limruger.com, amy.lee@limruger.com |
| Mette H Kurth | kurth.mette@arentfox.com; pchlum@foxrothschild.com |
| Sandra W Lavigna | lavignas@sec.gov |
| Michael B Lubic | michael.lubic@klgates.com, jonathan.randolph@klgates.com |
| Vincent J Marriott | Pearsonj@ballardspahr.com |
| David J McCarty | dmccarty@sheppardmullin.com, nparker@sheppardmullin.com |
| Reed M Mercado | rmercado@sheppardmullin.com |
| Dawn A Messick | messickd@ballardspahr.com, burkec@ballardspahr.com, chabota@ballardspahr.com |
| Fred Neufeld | fneufeld@sycr.com |
| Aron M Oliner | roliner@duanemorris.com |
| Scott H Olson | solson@vedderprice.com, ecfdocket@vedderprice.com, jcano@vedderprice.com, jparker@vedderprice.com |
| Allan S Ono | allan.ono@doj.ca.gov, beatriz.davalos@doj.ca.gov |
| Mark D Potter | mark@potterhandy.com, rhondahandy@potterhandy.com; kevin@potterhandy.com |
| Dean G Rallis, | Jr.drallis@afrct.com, bcruz@ecf.inforuptcy.com, msinclair@afrct.com; AFRCTECF@afrct.com; mpham@afrct.com |
| Manoj D Ramia | manoj.ramia@klgates.com, klgatesbankruptcy@klgates.com |
| Jason E Rios | jrios@ffwplaw.com, lnlasley@ffwplaw.com |
| Esperanza Rojo | contact@omnimgt.com, sewing@omnimgt.com |
| Kenneth N Russak | krussak@frandzel.com, efiling@frandzel.com; dmoore@frandzel.com |
| Vicki I Sarmiento | vsarmiento@vis-law.com, jfregoso@vis-law.com |
| Mark C Schnitzer | mschnitzer@rhlaw.com, mcschnitzer@gmail.com |
| John R Setlich | jrsetlich@setlichlaw.com |
| Diane S Shaw | diane.shaw@doj.ca.gov |
| Ariella T Simonds | asimonds@sidley.com |
| Jason D Strabo | jstrabo@mwe.com, cgilbert@mwe.com |
| Cathy Ta | cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com; lisa.spencer@bbklaw.com |
| Sheila Totorp | stotorp@clausen.com, jbrzezinski@clausen.com |
| Benjamin R Trachtman | btrachtman@trachtmanlaw.com, sstraka@trachtmanlaw.com |
| Matthew J Troy | matthew.troy@usdoj.gov |
| Annie Verdries | verdries@lbbslaw.com, Autodocket@lbbslaw.com |
| Delilah Vinzon | dvinzon@milbank.com |
| | |
| Brian D Wesley | brian.wesley@doj.ca.gov |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**

| In re:<br>CITY OF SAN BERNARDINO, CALIFORNIA | CHAPTER 9 |
|---|---|
| Debtor(s). | CASE NUMBER 6:12-bk-28006-MJ |

Arnold H Wuhrman                Wuhrman@serenitylls.com
Clarisse Young                  youngshumaker@smcounsel.com, levern@smcounsel.com


290672-1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                      **F 9013-3.1.PROOF.SERVICE**